MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Daniel.Talbert@usdoj.gov

Attorneys for United States of America

FILED
APR 30 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIDGET SNIPES, <br><br> Defendant. | NO. CR 13-00772 MAG <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 24, 2014, TO MAY 29, 2014 |

Attorney for defendant BRIDGET SNIPES, ELIZABETH FALK, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, appeared before the Court on April 17, 2014, for a scheduled change of plea. Because the defendant had been admitted to a hospital the previous day, defendant could not be present and the change of plea did not go forward. The parties jointly requested to appear before the Court for a change of plea on April 24, 2014, at 10:00 am, subject to a continuance to May 29, 2014, should the defendant not be discharged from the hospital in time for the April 24 date. The defendant remained unavailable, and as such the parties have jointly requested to appear for a change of plea on May 29, 2014, at 10:00 am.

ORDER EXLUDING TIME
Case No. CR 13-00772 MAG

1

1   The parties request that time be excluded under the Speedy Trial Act between April 24, 2014,
2   and May 29, 2014, for effective preparation of counsel. Although certain misdemeanors are not subject
3   to the Speedy Trial Act, a Class A Misdemeanor, with which Ms. Snipes has been charged, falls under
4   the Speedy Trial Act requirements. *See* 18 U.S.C. § 3172(2) (2013); *United States v. Boyd*, 214 F.3d
5   1052 (9th Cir. 2000).

6   Based upon the representation of counsel and for good cause shown, the Court finds that failing
7   to exclude the time between April 24, 2014, and May 29, 2014, would unreasonably deny the defendant
8   continuity of counsel and would deny counsel the reasonable time necessary for effective preparation,
9   taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
10  finds that the ends of justice served by excluding the time between April 24, 2014, and May 29, 2014,
11  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
12  in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 24, 2014, and May
13  29, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A)
14  and (B)(iv).

DATED: 4-30-14

MARIA-ELENA JAMES
United States Magistrate Judge

ORDER EXLUDING TIME
Case No. CR 13-00772 MAG

2